## D. BEATTY & WIFE *v.* A. A. CURTIS.

**Husband and Wife—Wife's Note Not Obligatory.**

Arthusa Beatty was, at the time she executed the note, the wife of Decatur Beatty, and by reason of her disability the writing was not obligatory on her.

APPEAL FROM ESTILL CIRCUIT COURT.

January 22, 1872.

OPINION OF THE COURT BY JUDGE PETERS:

It appears from the amended petition that Arthusa Beatty was at the time she executed the note, and still is, the wife of Decater Beatty, and by reason of her disability the writing was not obligatory on her, and as to Decatur eBatty it is not alleged that he executed the note, or was in any way bound for the debt, and no cause of action is shown to exist against him. And the mere agreement of Oldham did not authorize a judgment against Beatty and wife.

Wherefore, as to Beatty and wife, the judgment is reversed, and the cause remanded, with directions to dismiss the action as to them.

*Riddle & Fluty,* for appellants.